UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SAGI GENGER,

                            Plaintiff,

           – against –

ORLY GENGER

                        Defendant.

:      1:14-cv-05683 (KBF)
:
:
:
:
:
:
:

------------------------------------------------------------------ x

## DECLARATION OF MARY C. PENNISI, ESQ.

I, Mary C. Pennisi, Esq., pursuant to 28 U.S.C. § 1746(2), hereby declares under penalty of perjury that the foregoing is true and correct:

1.      I am an associate with the law firm of Morgan, Lewis & Bockius, LLP, counsel for Plaintiff Sagi Genger ("Sagi") in the above-captioned action. I respectfully submit this declaration in support of Sagi's motion for summary judgment.

2.      Attached hereto as Exhibit "A" is a true and correct copy of the deposition transcript of Sagi Genger, dated March 20, 2014.

3.      Attached hereto as Exhibit "B" is a true and correct copy of the deposition transcript of Orly Genger, dated February 14, 2014.

4.      Attached hereto as Exhibit "C" is a true and correct copy of the Final Arbitration Award of E. Leo Milonas, dated May 6, 2008, in the arbitration captioned *Dalia Genger v. Arie Genger* (AAA Case No. 13 170 Y 00996 07).

5.      Attached hereto as Exhibit "D" is a true and correct copy of the Declaration of Dalia Genger, executed and filed at 1:14-cv-01006-KBF (Dkt. No. 46) on July 7, 2014.

1

6.    Attached hereto as Exhibit "E" is a true and correct copy of the Decision and Order entered by the Appellate Division, First Department on July 24, 2014 in *Arie Genger et al v. Sagi Genger et al*, No. 651089/2010.

7.    Attached hereto as Exhibit "F" is a true and correct copy of an email dated January 24, 2014, from one of Orly's lawyers, Lance G. Harris, to John Dellaportas.

8.    Attached hereto as Exhibit "G" is a true and correct copy of the deposition transcript of Orly Genger, dated March 1, 2012.

9.    Attached hereto as Exhibit "H" is a true and correct copy of the Declaration of David Parnes, executed and filed at 1:14-cv-01006-KBF (Dkt. No. 20) on May 29, 2014, with exhibits attached thereto.

10.    Attached hereto as Exhibit "I" is a true and correct copy of the Declaration of Sagi Genger, executed and filed at *id.* (Dkt. No. 23) on May 29, 2014, with exhibits attached thereto.

11.    Attached hereto as Exhibit "J" is a true and correct copy of the Declaration of Dennis Ryan, executed filed at *id.* (Dkt. No. 21) on May 29, 2014, with exhibits attached thereto.

12.    Attached hereto as Exhibit "K" is a true and correct copy of the Declaration of Sagi Genger, executed and filed at *id.* (Dkt. No. 45) on July 7, 2014, with exhibits attached thereto.

13.    Attached hereto as Exhibit "L" is a true and correct copy of the divorce Stipulation of Settlement (without exhibits) made as of October 26, 2004 and which formalized the terms of Dalia Genger's and Arie Genger's divorce.

14.    Attached hereto as Exhibit "M" is a true and correct copy of an email dated January 29, 2014, from another one of Orly's lawyers, Yoav Griver, to John Dellaportas.

Executed on:  New York, New York
              October 20, 2014

_____
MARY C. PENNISI