UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAGI GENGER,<br><br>            Plaintiff,<br><br>v.<br><br>ORLY GENGER,<br><br>            Defendant. | Civ. No.: 14-5683 (KBF)<br><br>**NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT** |

TAKE NOTICE, that upon the Declaration of Bryan D. Leinbach, dated October 20, 2014, and the exhibits attached thereto; the accompanying statement of undisputed facts; the accompanying memorandum of law dated October 20, 2014; and all pleadings and proceedings had herein, defendant Orly Genger shall make a motion before the Honorable Katherine B. Forrest, United States District Judge, at the United States Court House, 500 Pearl Street, New York, New York, for an order: (i) pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, granting summary judgment, dismissing the complaint with prejudice and (ii) for such other and further relief as the Court deems just and proper.

TAKE FURTHER NOTICE, that, opposing papers, if any, shall be served not later than November 14, 2014 and reply papers, if any, shall be served not later than December 5, 2014.

Dated:   New York, New York
        October 20, 2014

                                ZEICHNER ELLMAN & KRAUSE LLP

                                By: _____
                                   Yoav M. Griver
                                   Bryan D. Leinbach
                                   Attorneys for Defendant
                                    Orly Genger
                                   1211 Avenue of the Americas
                                   New York, New York 10036
                                   (212) 223-0400

TO:    MORGAN, LEWIS & BOCKIUS LLP
          101 Park Avenue
          New York, New York 10178

          *Attorneys for Plaintiff*