UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SAGI GENGER, :
:
                     Plaintiff, :    14-cv-5683 (KBF)
        -v- :
:    ORDER
ORLY GENGER, :
:
                    Defendant. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 8 2014

KATHERINE B. FORREST, District Judge:

      On September 30, 2014, plaintiff filed a letter-motion to compel defendant to produce a 2010 Settlement Agreement (the "2010 Settlement Agreement"). (ECF No. 22.) On October 7, 2014, the Court denied the motion. (ECF No. 26.) Upon review, it is now clear that the 2010 Settlement Agreement plays a role in this case, and it was therefore error for this Court to deny that motion. Accordingly, the Court VACATES its October 7, 2014 order and GRANTS plaintiff's letter-motion to compel. Defendant shall produce the 2010 Settlement Agreement to the Court and plaintiff not later than **November 21, 2014**. The parties shall submit letters not longer than three pages each regarding the potential impact of the 2010 Settlement Agreement on the claims and defenses at issue in this case not later than

**November 25, 2014.**

    SO ORDERED.

Dated:    New York, New York
             November 18, 2014

                                                    _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge