UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAGI GENGER, <br><br> Plaintiff, <br><br> v. <br><br> ORLY GENGER, <br><br> Defendant. | Civ. No.: 14-5683 (KBF) <br><br> **NOTICE OF MOTION TO DISQUALIFY SAGI COUNSEL PURSUANT TO THE <u>WITNESS-ADVOCATE RULE</u>** |

TAKE NOTICE, that upon the Declaration of Yoav M. Griver, dated November 18, 2014, and the exhibits attached thereto; the accompanying memorandum of law dated November 18, 2014; and all pleadings and proceedings had herein, defendant Orly Genger shall make a motion before the Honorable Katherine B. Forrest, United States District Judge, at the United States Court House, 500 Pearl Street, New York, New York, for an order: (i) disqualifying John Dellaportas as counsel for plaintiff Sagi Genger pursuant to the witness advocate rule; and (ii) for such other and further relief as the Court deems just and proper.

TAKE FURTHER NOTICE, that, opposing papers, if any, shall be served not later than December 3, 2014 and reply papers, if any, shall be served not later than December 10, 2014.

Dated: New York, New York
November 18, 2014

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Yoav M. Griver
Bryan D. Leinbach
Attorneys for Defendant
 Orly Genger
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

TO: MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Plaintiff*

#776051