UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAGI GENGER,<br><br>       Plaintiff,<br><br>   v.<br><br>ORLY GENGER,<br><br>       Defendant. | Civ. No.: 14-5683 (KBF)<br><br>**DECLARATION OF<br>YOAV M. GRIVER<br>IN SUPPORT OF MOTION<br>TO DISQUALIFY** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

    YOAV M. GRIVER, pursuant to 28 U.S.C. § 1746, declares the following:

    1.  I am a member of Zeichner Ellman & Krause LLP, attorneys for defendant Orly Genger ("Orly"). I make this declaration in support of Orly Genger's motion for an order: (i) disqualifying John Dellaportas as counsel for plaintiff Sagi Genger; and (ii) for such other and further relief as the Court deems just and proper.

    2.  Attached as **Exhibit A** is a copy of plaintiff Sagi Genger's proposed witness list, which was first transmitted to me on November 17, 2014.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2014.

                          /s/
                       YOAV M. GRIVER