```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 21 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGI GENGER,

               Plaintiff,

- against -

ORLY GENGER,

               Defendant.

Civ. No.: 14-5683 (KBF)

**NOTICE OF APPEAL**

    Notice is hereby given that Orly Genger, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on the 18th day of November, 2014, vacating the Court's prior October 7, 2014 Order, and granting plaintiff Sagi Genger's motion to compel production of a confidential settlement agreement, and from the Endorsed Order entered in this action on the 21st day of November, 2014, that denied defendant Orly Genger's motion for reconsideration of the November 18, 2014 Order and denied Orly Genger's motion for a stay.

Dated: New York, New York
         November 21, 2014

                               ZEICHNER ELLMAN & KRAUSE LLP

                               By: _____
                                  Yoav M. Griver
                                  Bryan D. Leinbach
                                  Attorneys for Defendant
                                  1211 Avenue of the Americas
                                  New York, New York 10036
                                  (212) 223-0400

---

*Handwritten endorsement:*

Ordered: The District court assumes you (Orly Genger) understand that discovery orders are not appealable in federal court -- as they are in state court. All dates in this action remain as set forth by this district court.   /s/ K.B.F.   11/21/14
                                  USDJ