USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAGI GENGER,

                Plaintiff,

      -v-

ORLY GENGER,

                Defendant.

------------------------------------------------------------X

14-cv-5683 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court intends to decide this case on summary judgment. The decision will be set out in a separate Opinion & Order. Accordingly, the December 15, 2014 trial date and all other dates in this matter are ADJOURNED.

    SO ORDERED.

Dated:    New York, New York
             November 26, 2014

_____
KATHERINE B. FORREST
United States District Judge